```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

PEARL CORPORATION, *et al.*,        )
                                    )
    Plaintiffs                      )
                                    )
     v.                            )     NO.  3:13-0279
                                    )     Judge Campell/Bryant
RANDALL MAY INTERNATIONAL, INC.,    )
                                    )
    Defendant                       )

### O R D E R

       Plaintiffs' motion for a hearing date and briefing schedule for motion for preliminary injunction (Docket Entry No. 2) has been referred to the undersigned Magistrate Judge for the purpose of setting discovery deadlines and a briefing schedule necessary to the motion for preliminary injunction (Docket Entry No. 6).

       A case management conference by telephone is scheduled for **Thursday, May 2, 2013, at 9:30 a.m.**  Counsel shall call **615-695-2857** in order to participate in this conference.

       Counsel shall be prepared to discuss during this conference appropriate discovery and briefing deadlines for the motion for preliminary injunction.

       It is so **ORDERED**.

                                         s/ John S. Bryant
                                         JOHN S. BRYANT
                                         United States Magistrate Judge