```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION

PEARL CORPORATION, et al.,      )
                                )
     Plaintiffs,                )
                                )
        v.                      )     NO.  3:13-0279
                                )     Judge Campell/Bryant
RANDALL MAY INTERNATIONAL, INC.,)
                                )
     Defendant.                 )
```

## O R D E R

This case has been referred to the undersigned Magistrate Judge for customized case management and for scheduling of discovery, briefing and a recommended target hearing date for plaintiff's motion for preliminary injunction (Docket Entry Nos. 5 and 6).

The parties apparently have been unable to agree on a proposed schedule (Docket Entry Nos. 28 and 29), so the undersigned Magistrate Judge ADOPTS the following schedule to govern the progress of this case through a hearing on plaintiffs' motion for preliminary injunction.

1. Discovery shall commence immediately. Initial discovery shall be directed to matters relevant to plaintiffs' motion for preliminary injunction. Interrogatories shall be limited to a maximum of 15 in number, counting each subpart as an additional interrogatory. Requests for production shall be limited to a maximum of 20 in number. The parties shall identify a maximum of 5 witnesses per side who are expected to offer testimony related to plaintiffs' motion for preliminary injunction. All discovery

related to plaintiffs' motion for preliminary injunction shall be completed by **September 3, 2013**.

    2. Briefing. Plaintiffs' brief in support of their motion for preliminary injunction shall be filed by **September 17, 2013**. Defendant's brief in opposition shall be filed by **October 8, 2013**. An optional reply, limited to 5 pages, may be filed by **October 15, 2013**.

    3. Target hearing date on plaintiffs' motion for preliminary injunction is **Monday, October 28, 2013**.

    4. Within fourteen (14) days after the Court's ruling on plaintiffs' motion for preliminary injunction, counsel shall confer and file a proposed scheduling order containing deadlines to govern the progress of this case to trial.

    It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge