UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEARL CORPORATION, et al. ) | |
| ) | |
| v. ) | NO. 3:13-0279 |
| ) | JUDGE CAMPBELL |
| RANDALL MAY INTERNATIONAL, INC. ) | |

ORDER

Pending before the Court are Defendant's Motion To Dismiss Or Transfer (Docket No. 21) and Plaintiffs' Motion To Strike (Docket No. 31).

For the reasons set forth in the accompanying Memorandum, Plaintiffs' Motion To Strike (Docket No. 31) is DENIED, and Defendant's Motion To Dismiss Or Transfer (Docket No. 21) is GRANTED in part and DENIED in part.  The request to dismiss is DENIED, and the request to transfer is GRANTED. Accordingly, this action is TRANSFERRED to the U.S. District Court for the Central District of California, as related to the pending case of *Randall May International, Inc. v. Pearl Corp., and Pearl Musical Instrument Co.*, Case No. SACV13-00016 JVS (RNBx).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE